Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   702.382.2101
Facsimile:   702.382.8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>PEEK CONSTRUCTION COMPANY, a Nevada corporation, et al.,<br><br>Defendants. | CASE NO.: 2:12-cv-00644-KJD-RJJ<br><br><br><br>**STIPULATED/CONSENT JUDGMENT** |

Peek Construction Company, a Nevada corporation ("Peek"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers Vacation Trust, and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collective "Trust Funds"), and against Peek in the total sum of $132,147 for delinquent employee benefit contributions and

related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1. Peek is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the Laborers International Union of North America, Local No. 872 ("Union"), in which Peek agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Peek is obligated to pay employee benefit contributions to the Trust Funds on behalf of Peek's bargaining unit employees represented by the Union.

3. Based on a contract compliance review ("Audit") for the period of April 1, 2010 through May 31, 2012, Peek owes the Trust Funds $132,147, which includes employee benefit contributions, liquidated damages, interest, audit fees and attorneys' fees to date.

4. This Stipulated/Consent Judgment is entered by and between Peek and the Trust Funds for employee benefit contributions and related costs owed to the Trust Funds by ERISA.

Dated: ~~November~~ December 14, 2012

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_/s/ Bryce Loveland_
Adam P. Segal, Esq.
Clark V. Vellis, Esq.
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Attorneys for Plaintiffs

Dated: ~~November~~ Dec 11, 2012

PEEK CONSTRUCTION COMPANY, a Nevada corporation

_/s/ Michael Peek_
Name: Michael Peek
Title: President
Telephone: _____
Facsimile: _____

## JUDGMENT

Judgment is hereby entered against Peek Construction Company, a Nevada corporation and in favor of the Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers Vacation Trust, and Trustees of the Southern Nevada Laborers Local 872 Training Trust in the amount of $132,147.

Dated this __18__ day of __December__, 20__12__.

_____
U.S. DISTRICT COURT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

STATE OF NEVADA      )
                     ) SS.
COUNTY OF Clark      )

MICHAEL PEEK, being first duly sworn, deposes and says:

That he/she is the President of Peek Construction Company, a Nevada corporation, and is duly authorized to execute this document; that he/she has read the foregoing Stipulated/Consent Judgment and knows the contents thereof; that the same is true of his/her own knowledge, except for those matters therein stated on information and belief, and as to those matters he/she believes them to be true.

_____
Affiant

Subscribed and Sworn to before me this 11th day of Dec, 2012.

_____
- Notary Public -

My commission expires: 

OLIVIA SCHULZE
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 94-1488-1
My Appt. Expires December 27, 2015

020052\0286\1753989.2

4